FILED
CLERK, U.S. DISTRICT COURT

JAN - 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

THOMAS J. RAMEY, II,

                    Petitioner,

          v.

V. ALMAGER, WARDEN,

                    Respondent.

)
)
)
)
)
)
)
)
)
)

CASE NO. ED CV 07-1157-JHN (PJW)

J U D G M E N T

     Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

     DATED:     1|8|10     .

                              _____
                              JACQUELINE H. NGUYEN
                              UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\RAMEY, T 1157\Judgment.wpd